■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HILTON McGEE, Appellant.— Motion for leave to reargue denied. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ 845 REALTY INC., Respondent, v. JOSEPH LICHTMAN, Appellant, et al. — Application denied, with $10 costs, and stay vacated. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ In the Matter of ALBERT E. TUMBRIDGE, Respondent, against CAROL TUMBRIDGE, Appellant.— Motion denied. The undertaking in the amount of $15,000 filed by the petitioner-respondent pursuant to the provisions of the order of this court dated July 24, 1956, is to continue in full force and effect pending the hearing and determination of this appeal. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

## SECOND DEPARTMENT, SEPTEMBER, 1956

### (September 24, 1956)

■ SALVATORE CANOVA, Respondent, v. COOPERATIVE FIRE INSURANCE COMPANY OF CATSKILL, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ. [See *ante*, p. 679.]

■ DOLORES GRECO, Respondent, v. SAMUEL NIDITCH, Appellant.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Beldock, Hallinan and Kleinfeld, JJ. [See *ante*, p. 762.]

■ ANA JUSINO et al., Appellants, v. CITY OF NEW YORK, Respondent.— On consent, motion to dismiss appeal granted, without costs, and appeal dismissed. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.

■ LONGWORTH MORTGAGE COMPANY, Respondent, v. BUILDERS FABRICATORS, INC., Appellant, et al., Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ. [See *ante*, p. 699.]

■ JEROME A. PAGANO et al., Respondents-Appellants, v. PHILIP E. PAGANO, Appellant-Respondent.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Beldock, Hallinan and Kleinfeld, JJ. [See *ante*, p. 756.]

■ ALEXANDER EDWARDS, as Administrator of the Estate of JANETT K. EDWARDS, Deceased, et al., Appellants, v. MILDRED KUSHNER, Respondent.— In an action to recover damages for personal injuries and for medical expenses and loss of services, the appeal is from a judgment dismissing the complaint after trial before an Official Referee. Judgment unanimously affirmed, without costs. No opinion. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.

■ CHRISTOPHER J. GORMAN et al., Appellants, v. JAMES L. DIXON, Individually and as Chairman of the Democratic County Committee of Queens County, et al., Respondents.— In an action to declare invalid rule VII of the Rules of the Democratic County Committee of the County of Queens, adopted June 20, 1956, and for other relief, the appeal is from an order denying appellants' motion for a temporary injunction. Order affirmed, without costs. No opinion. Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ., concur.